**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISRICT OF ILLINOIS**
**EASTERN DIVISION**

ERIK DIEDRICHSEN and RIVERBEND
RESOURCES INC.,

      Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATES
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

Case No.: 1:25-cv-10403

Judge: Hon. Andrea R. Wood

Magistrate Judge: Hon. Young B. Kim

## <u>DECLARATION OF KATHRYN SMITH</u>

I, Kathryn Smith, declare as follows:

1.  I am over the age of 18 years and not a party to this action. I am fully competent to make this declaration and I have personal knowledge of the facts stated in this declaration. To my knowledge, all of the facts stated in this declaration are true and correct.

2.  I am a paralegal at the law offices of Bishop & Diehl, Ltd., counsel for Erik Diedrichsen and Riverbend Resources Inc., the plaintiffs in this action. I make this declaration as proof that the Summons and Complaint were fully served upon the Defendants in this action by electronic mail.

3.  On December 2, 2025, I sent electronic messages to the email addresses provided by the marketplace in connection with the Defendants' Merchant IDs.

4.  The list of recipients of the electronic message I sent on December 2 is attached hereto as Exhibit A.

5.   Attached to my electronic messages were copies of the Summons, Complaint, the Order Permitting Third Party Discovery and Electronic Service, and the Schedule A and Exhibits to the Complaint.

6.   I did not receive any error or undeliverable address responses from the electronic message I sent on December 2, 2025.

7.   Alternative electronic service was completed on counsel consistent with our interpretation of relevant case law. *See e.g., In re Paraquat Prod. Liab. Litig.,* No. 3:21-md-3004-NJR, 2021 U.S. Dist. LEXIS 196892, at *8 (S.D. Ill. Oct. 13, 2021) (discussing alternative service under Rule 4(f)(3) and noting that U.S. counsel need not be separately authorized to accept service by their clients); *see also 1025 W. Addison St. Apts. Owner, LLC v. Grupo Cinemex, S.A. de C.V.*, No. 20- cv-06811, 2021 U.S. Dist. LEXIS 99131, at *20 (N.D. Ill. May 26, 2021) (discussing interplay between Rule 4(h), 4(f), and the Hague Convention and holding that service on U.S. Counsel is proper after a motion for alternative service is granted).

I declare under penalty of perjury that the forgoing is true and correct.

Executed on December 17, 2025, in Schaumburg, Illinois.

/s/Kathryn Smith
Kathryn Smith